# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>NEFF, LLC d/b/a NEFF HEADWEAR, a California limited liability company,<br><br>        Defendant.<br><br>NEFF, LLC d/b/a NEFF HEADWEAR, a California limited liability company,<br><br>        Counterclaimant,<br><br>  v.<br><br>OAKLEY, INC., a Washington corporation,<br><br>        Counter-defendant. | Case No. 15-cv-148-BAS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

  The parties settled the instant action on October 14, 2015. (ECF No. 64.) Now pending before the Court is the parties' joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 69.) Having considered the motion, the Court finds that the parties have met the requirement that "a

stipulation of dismissal [be] signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party shall bear their own costs and attorneys' fees.

Pursuant to the parties' Consent to Jurisdiction signed by District Judge Cynthia Bashant on January 13, 2016 (ECF No. 71), Magistrate Judge David H. Bartick will retain jurisdiction of all disputes arising out of the enforcement of the settlement agreement.

**IT IS SO ORDERED.**

**DATED: January 13, 2016**

Hon. Cynthia Bashant
United States District Judge